No. 1036. El Pueblo, Apelado, v. Coconut Product Industrial Company.—Infraccion Ley de Corporaciones. San Juan, Sección Segunda. Julio 13, 1916. *Confirmada la sentencia pero modificándola en el sentido de quedar condenada a pagar cincuenta dólares de multa, sin que haya lugar a la prisión subsidiaria por insolvencia, y contándose desde esta fecha el término de treinta días para presentar el informe.*

---

No. 1455. Forestier v. Forestier, Divorcio. — Humacao. Julio 17, 1916. *Confirmada la Sentencia.*

---

No. 1049. El Pueblo, Apelado, v. Romero et al., Apelantes.—Crueldad con los animales. San Juan, Sección Segunda. Julio 18, 1916. *Confirmada la sentencia.*

---

No. 1529. F. Carrera y Hno., Apelados, v. The New York & Porto Rico Steamship Company, Apelante.—

No. 1530. Morel & Co., S. en C., Apelados, v. The New York & Porto Rico Steamship Company, Apelante.—

Indemnización. Mayagüez. Julio 20, 1916. *Desistidas las apelaciones.*

---

No. 1050. El Pueblo, Apelado, v. Maldonado et al., Apelantes.—Adulteración de leche.

No. 1021. El Pueblo, Apelado, v. Matías et al., Apelantes.—Robo.

San Juan, Sección Segunda. Julio 20, 1916. *Confirmadas las sentencias.*